Manly, J.
 

 We cannot perceive any sufficient reason for not carrying into execution the testator’s will in respect to the slave, Jesse.
 

 It is certainly the policy of the law to keep the races of white and black distinct from each other, and to maintain in the governing race, all needful, legal authority^, and secure on the part of the governed unconditional subordination and obedience. This is a necessity of the condition of things amongst, us, and essential to preserve the civilization that happily exists. But we are unable to understand the force of the objection, that this policy is contravened by the clause of the will in question.
 

 The substance of the arrangement, made for the slave, is, that, he shall be sold to a master, of his own selection, at the price of five hundred dollars. The power of selection and the lowness of the price, are the points insisted upon as vicious in their tendencies. But to hold that these vitiate tine purpose of the testator and make void his will, in respect to that slave, would be to exclude from the system of slavery every indulgence in its management, or at least, so to hedge it about, in this respect, as to make it stiff and harsh, and thus impart to it an aspect it does not now possess. Taken alone, the permission to choose a master, cannot be considered an unreasonable license. The price fixed is not so grossly inadequate for a man, between forty-five and fifty years of age, as to vsitiate this license. It is an obvious mode of giving effect to it, by widening the field of selection somewhat, and making it a substantial boon instead of a mockery. Thus disposed
 
 *357
 
 of, he is not the less a slave in law. The master holds him in the same absolute bondage in which all slaves are held, and is amenable for his management. If from any sense of obligation, he indulge him with liberties outside of the limits prescribed by law, the nuisance may be abated and the master punished.
 

 "We are of opinion, therefore, that the direction by the testator to his executors, to dispose of the slave, Jesse, to the person whom he might choose, and who would bo willing to pay five hundred dollars for him, is not against public policy.
 

 We forbear to discuss the matter further, as it underwent so recently, at the last term of this Court, full consideration, in a case, in all respects, similar to this;
 
 Harrison
 
 v.
 
 Everett,
 
 ante, page 163. There seems to have been proper precaution used in getting from the slave a deliberate and unbiased choice of a master, and we see no reason why the person selected, Hugh C. Beeves, should not have a decree for the surrender to him of the said slave, upon the payment of five hundred dollars, which he proffers to do. .
 

 Pee OueiaM, Decree accordingly.